**Order entered September 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00509-CR
No. 05-15-00510-CR

**LUKE HAMPTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause Nos. 14-00033-86-F, 14-00034-86-F**

## ORDER

The Court **REINSTATES** the appeal.

On August 13, 2015, we denied appellant's second motion to extend time to file his brief and ordered the trial court to make findings. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by appointed counsel Lara Bracamonte; and (3) Ms. Bracamonte stated she needed an additional thirty days from the abatement hearing to file appellant's brief.

We **ORDER** appellant to file his brief by **SEPTEMBER 30, 2015**. No further extensions will be granted absent a showing of extraordinary circumstances.

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.

/s/      LANA MYERS
         JUSTICE